SCOTT ERIK ASPHAUG, OSB #833674
United States Attorney
District of Oregon
**STEVEN T. MYGRANT, OSB# 031293**
Steven.Mygrant@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone: 503-727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:21-cr-00358-IM |
| v. | |
| **RIGOBERTO MONROY-ANGEL;** <br> **CARLOS FERNANDO ZELAYA-VALLE;** <br> **RENE RUIZ MORALES;** <br> **BRANDON EDWARD ANDERSON;** <br> **ROBERT LEE WILSON;** <br> **WILLIAM MAUESBY, Jr. (a.k.a. "Rasta")'** <br> **RONNA WARHURST (a.k.a. "Rhonda");** <br> **SHELBY LYN JOHNSON;** <br> **JOSE ENRIQUE MIGUEL CABRERA** (a.k.a. "Tony," a.k.a. "Javier Ramos Villalobos");** <br> **OSMAN GAHERY HERRERA CERRATO;** and <br> **COJAUN BLACKMAN (aka "The Mechanic"),** <br> Defendants. | **BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY** |

The United States of America hereby files the following Bill of Particulars for Forfeiture

of Property.

**Bill of Particulars for Forfeiture of Property**                                            **PAGE 1**

The United States gives notice that in the forfeiture allegation of the Indictment, the United States is seeking forfeiture of the following property:

A black Taurus 38 Special revolver S/N: ACE932032 and associated ammunition and accessories;
$1,758.00 U.S. currency;
$20,810.00 U.S. currency;
$25,212.00 U.S. currency;
$8,684.00 U.S. currency;
$19,000.00 U.S. currency;
$4,674.00 U.S. currency;
A Ruger Mark 3 .22 caliber handgun with partially obliterated serial number and associated ammunition and accessories;
$11,042.00 U.S. currency;
$10,792.00 U.S. currency; and
$2,806.00 U.S. currency.

DATED: February 28, 2022.

Respectfully submitted,

SCOTT ERIK ASPHAUG
United States Attorney

*/s/ Steven T. Mygrant*
STEVEN T. MYGRANT, OSB #031293
Assistant United States Attorney